[No. 30662-3-III.   Division Three.   May 7, 2013.]

*In the Matter of the Marriage of* LIUBOV A. SCHMIDT,
*Appellant*, and KENNETH R. SCHMIDT, *Respondent*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 10-3-00151-9, Donald W. Schacht, J.,
entered February 6, 2012. *Affirmed* by unpublished opinion
per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30666-6-III.   Division Three.   May 7, 2013.]

THE CITY OF YAKIMA, *Respondent*, v. JULIO MENDOZA GODOY,
*Petitioner*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 11-1-01403-2, Scott R. Sparks, J. Pro Tem.,
entered February 3, 2012. *Affirmed* by unpublished opinion
per Kulik, J., concurred in by Korsmo, C.J., and Brown, J.
Now published at 175 Wn. App. 233.

[No. 67721-7-I.   Division One.   May 13, 2013.]

RAINIER DISPATCH, LLC, *Plaintiff*, v. THE PORT OF SEATTLE,
*Respondent*, AIRPORT JOINT VENTURE RESPONSE
PARTNERSHIP, LLC, ET AL., *Defendants*,
SEATTLE-TACOMA INTERNATIONAL TAXI
ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 10-2-07109-1, Kimberley Prochnau, J., entered
September 7, 2011. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Spearman, A.C.J., and Lau, J.